August 17, 2005

Clerk's Office
U.S. District Court
P.O. Box 1820
Erie, PA  16507


RE:  Boston v. Ashcroft
     Civil Action No. 04-51(Erie)


Dear Court Clerk;

  Enclosed please find petitioner's Reply and Certificate of Service in reference to the above captioned.


            Sincerely,

            *Robert Boston*
            Robert Boston, pro se
            Reg.No. 05505-089
            F.C.I. McKean
            P.O. Box 8000
            Bradford, PA  16701