IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ROBERT BOSTON,

      Petitioner,                 Civil Action No. 04-51 Erie
                                       Judge Sean J. McLaughlin
vs                                            Magistrate Judge Baxter

JOHN ASHCROFT,

      Respondent.
_____/

## NOTICE OF APPEAL

    PLEASE TAKE NOTICE that the above named Petitioner intends to appeal to the Third Circuit Court of Appeals this court's Memorandum and Order entered December 2, 2005, rejecting the Magistrate Judge's report and recommendation and denying the Petition for Writ of Habeas Corpus.

Date: 12-08-05

                                                        Robert Boston #05505-089
                                                        Petitioner/Pro-se
                                                        FCI McKean
                                                        P.O. Box 8000
                                                        Bradford, PA 16701