December 21, 2005

Robert Boston #05505-089
FCI McKean
P.O. Box 8000
Bradford, PA 16701

United States District Court
For the Western District of Pennsylvania
Office of the Clerk
U.S. Courthouse
17 South Park Row
Erie, PA 16501

Re:    Boston v. Atty. Gen. USA:
       Civil No. 04-51
       Judge Sean J. McLaughlin
       Magistrate Judge Baxter


Dear Clerk:

    Enclosed for filing please find the original and three copies
of Petitioner's Motion to Proceed In Forma Pauperis with Supporting
Docmentation and Order.

    This documentation is forwarded for filing pursuant to the
instruction of the Third Circuit Court of Appeals.  (Boston
v. Gen. USA, COA No. 05-5397).

    Your assistance in this matter is greatly appreciated.


Sincerely,

Robert Boston

cc: file
    : jc
    : enclosure
    : AUSA

AO 240 (Rev. 6/86)  Application to Proceed

# United States District Court

WESTERN _____ DISTRICT OF _____ PENNSYLVANIA _____

ROBERT BOSTON

        Petitioner,

          V.

JOHN ASHCROFT,

        Respondent.

**APPLICATION TO PROCEED IN FORMA PAUPERIS, SUPPORTING DOCUMENTATION AND ORDER**

CASE NUMBER: 04-51 Erie

---

I, __ROBERT BOSTON_____, declare that I am the (check appropriate box)

    ☒ petitioner/plaintiff        ☐ movant (filing 28 U.S.C. 2255 motion)

    ☐ respondent/defendant      ☐ _____
                                               *other*

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows: I am entitled to be awarded credit against my federal sentence for certain time that I spent in state custody.

In further support of this application, I answer the following questions.

1. Are you presently employed?                  Yes ☒    No ☐

    a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)

Monthly prison stipend of $50.00 on average in the Education Department of FCI McKean.  **See  Attached Certificate of Prison Commissary Account/Inmate Statement.**

    b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.

2. Have you received within the past twelve months any money from any of the following sources?

    a. Business, profession or other form of self-employment    Yes ☐    No ☒

    b. Rent payments, interest or dividends?    Yes ☐    No ☒

    c. Pensions, annuities or life insurance payments?    Yes ☐    No ☒

    d. Gifts or inheritances?    Yes ☐    No ☒

    e. Any other sources?    Yes ☐    No ☒

AO 240 Reverse

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

3. Do you own any cash, or do you have money in checking or savings accounts?

Yes ☒x    No ☐    (Include any funds in prison accounts.)

If the answer is "yes," state the total value of the items owned.
    Current Balance is .54¢   See Attached Statement.

4. Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?
Yes ☐    No ☒x

If the answer is "yes," describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.
        N/A

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _12-21-05_____          _Robert Boston_____
                (Date)                        Signature of Applicant

---

## CERTIFICATE
### (Prisoner Accounts Only)

I certify that the applicant named herein has the sum of $ ___See Attached_____ on account to his credit at the _____ institution where he is confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution: _____ _____ _____

I further certify that during the last six months the applicant's average balance was $ _____

_____
Authorized Officer of Institution

---

## ORDER OF COURT

| | |
|---|---|
| The application is hereby denied | The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor. |
| _____  _____ <br> United States Judge      Date | _____  _____ <br> United States Judge      Date <br> or Magistrate |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

ROBERT BOSTON,

       Petitioner,                  Civil No. 04-51-Erie
                                       JUDGE SEAN J. McLAUGHLIN
vs.                               MAGISTRATE JUDGE BAXTER

JOHN ASHCROFT,

       Respondent.
_____/

## CERTIFICATE OF SERVICE

The undersigned certifies that on the date below a true
and correct copy of the foregoing "Application To Proceed In
forma Pauperis" with Supporting Docmentation and Order was sub-
mitted to prison authorities for mailing in accordance with
the legal mail policy with first class U.S. Postage prepaid
and properly addressed to the following parties:

        Ms. Christy Wiegand
        Assistant U.S. Attorney
        U.S. Courthouse and Post Office
        700 Grant Street, Suite 4000
        Pittsburgh, PA 15219

Dated: _12-21-05_                 *Robert Boston*
                                      Robert Boston #05505-089
                                      Petitioner/Pro-se
                                      FCI McKean
                                      P.O. Box 8000
                                      Bradford, PA 16701

# Inmate Statement

🖨 **PRINT**

| Inmate Reg #: | 05505089 | Current Institution: | McKean FCI |
|---|---|---|---|
| Inmate Name: | BOSTON, ROBERT | Housing Unit: | B |
| Report Date: | 12-19-2005 | Living Quarters: | B01-110U |
| Report Time: | 3:04:02 PM | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| MCK | 12/14/2005 9:39:25 PM | ITS1214 | | | ITS Withdrawal | ($1.00) | | $0.54 |
| MCK | 12/13/2005 11:18:37 AM | 73 | | | Sales | ($26.35) | | $1.54 |
| MCK | 12/10/2005 9:23:29 PM | ITS1210 | | | ITS Withdrawal | ($2.00) | | $27.89 |
| MCK | 12/10/2005 12:32:34 PM | ITS1210 | | | ITS Withdrawal | ($3.00) | | $29.89 |
| MCK | 12/8/2005 8:35:52 PM | ITS1208 | | | ITS Withdrawal | ($3.00) | | $32.89 |
| MCK | 12/7/2005 9:44:12 PM | ITS1207 | | | ITS Withdrawal | ($8.00) | | $35.89 |
| MCK | 12/7/2005 9:23:16 AM | 002008-6 | | | FRP Quarterly Pymt | ($25.00) | | $43.89 |
| MCK | 12/7/2005 9:19:59 AM | FIPP1105 | | | Payroll - IPP | $68.73 | | $68.89 |
| MCK | 12/2/2005 5:52:31 PM | ITS1202 | | | ITS Withdrawal | ($1.00) | | $0.16 |
| MCK | 11/29/2005 9:35:23 PM | ITS1129 | | | ITS Withdrawal | ($2.00) | | $1.16 |
| MCK | 11/29/2005 9:20:39 PM | ITS1129 | | | ITS Withdrawal | ($3.00) | | $3.16 |
| MCK | 11/29/2005 11:05:42 AM | 60 | | | Sales | ($1.70) | | $6.16 |
| MCK | 11/29/2005 11:04:38 AM | 59 | | | Sales | ($24.30) | | $7.86 |
| MCK | 11/28/2005 9:33:13 PM | ITS1128 | | | ITS Withdrawal | ($2.00) | | $32.16 |
| MCK | 11/28/2005 8:04:50 PM | ITS1128 | | | ITS Withdrawal | ($3.00) | | $34.16 |
| MCK | 11/27/2005 9:19:17 PM | ITS1127 | | | ITS Withdrawal | ($3.00) | | $37.16 |
| MCK | 11/27/2005 8:26:00 AM | ITS1127 | | | ITS Withdrawal | ($10.00) | | $40.16 |
| MCK | 11/26/2005 10:53:41 AM | ITS1126 | | | ITS Withdrawal | ($10.00) | | $50.16 |
| MCK | 11/23/2005 3:23:09 PM | 33303906 | | | Western Union | $60.00 | | $60.16 |
| MCK | 11/21/2005 8:01:18 PM | ITS1121 | | | ITS Withdrawal | ($1.00) | | $0.16 |
| MCK | 11/17/2005 5:08:58 PM | ITS1117 | | | ITS Withdrawal | ($1.00) | | $1.16 |
| MCK | 11/15/2005 5:26:33 PM | 70 | | | Sales | ($96.05) | | $2.16 |
| MCK | 11/15/2005 11:12:17 AM | 33303306 | | | Western Union | $50.00 | | $98.21 |
| MCK | 11/14/2005 4:38:49 PM | ITS1114 | | | ITS Withdrawal | ($2.00) | | $48.21 |
| MCK | 11/13/2005 10:44:07 AM | ITS1113 | | | ITS Withdrawal | ($9.00) | | $50.21 |
| MCK | 11/13/2005 8:20:22 AM | ITS1113 | | | ITS Withdrawal | ($3.00) | | $59.21 |
| MCK | 11/12/2005 10:10:37 AM | ITS1112 | | | ITS Withdrawal | ($8.00) | | $62.21 |
| MCK | 11/12/2005 8:07:26 AM | ITS1112 | | | ITS Withdrawal | ($6.00) | | $70.21 |
| MCK | 11/10/2005 9:50:46 PM | ITS1110 | | | ITS Withdrawal | ($2.00) | | $76.21 |
| MCK | 11/10/2005 5:30:43 PM | ITS1110 | | | ITS Withdrawal | ($6.00) | | $78.21 |
| MCK | 11/9/2005 5:05:58 PM | ITS1109 | | | ITS Withdrawal | ($6.00) | | $84.21 |
| MCK | 11/9/2005 11:12:27 AM | 33302906 | | | Western Union | $40.00 | | $90.21 |
| MCK | 11/9/2005 8:22:24 AM | FIPP1005 | | | Payroll - IPP | $49.30 | | $50.21 |

| | | | | | | |
|---|---|---|---|---|---|---|
| MCK | 10/20/2005 9:21:28 PM | ITS1020 | ITS Withdrawal | ($2.00) | | $0.91 |
| MCK | 10/16/2005 9:38:15 PM | ITS1016 | ITS Withdrawal | ($4.00) | | $2.91 |
| MCK | 10/14/2005 9:01:16 PM | ITS1014 | ITS Withdrawal | ($2.00) | | $6.91 |
| MCK | 10/13/2005 7:39:24 PM | ITS1013 | ITS Withdrawal | ($2.00) | | $8.91 |
| MCK | 10/12/2005 7:45:54 PM | ITS1012 | ITS Withdrawal | ($4.00) | | $10.91 |
| MCK | 10/11/2005 8:10:34 PM | ITS1011 | ITS Withdrawal | ($6.00) | | $14.91 |
| MCK | 10/11/2005 11:55:31 AM | 121 | Sales | ($29.40) | | $20.91 |
| MCK | 10/9/2005 8:11:04 AM | ITS1009 | ITS Withdrawal | ($9.00) | | $50.31 |
| MCK | 10/9/2005 7:19:42 AM | ITS1009 | ITS Withdrawal | ($6.00) | | $59.31 |
| MCK | 10/7/2005 11:36:18 AM | JV0006 | Payroll - IPP | $50.06 | | $65.31 |
| MCK | 10/5/2005 9:47:39 PM | ITS1005 | ITS Withdrawal | ($7.00) | | $15.25 |
| MCK | 10/4/2005 7:30:02 AM | 10 | Sales | ($86.15) | | $22.25 |
| MCK | 10/2/2005 9:09:07 PM | ITS1002 | ITS Withdrawal | ($8.00) | | $108.40 |
| MCK | 10/2/2005 7:24:34 AM | ITS1002 | ITS Withdrawal | ($6.00) | | $116.40 |
| MCK | 9/29/2005 2:18:53 PM | 33325805 | Western Union | $120.00 | | $122.40 |
| MCK | 9/24/2005 8:57:33 AM | ITS0924 | ITS Withdrawal | ($2.00) | | $2.40 |
| MCK | 9/20/2005 9:40:03 PM | ITS0920 | ITS Withdrawal | ($2.00) | | $4.40 |

1 2 3 4

**Total Transactions: 151**

| | | |
|---|---|---|
| **Totals:** | **($54.77)** | **$0.00** |

## Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| MCK | $0.54 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.54 |
| **Totals:** | **$0.54** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.54** |

# Inmate Statement

🖨 **PRINT**

| Inmate Reg #: | 05505089 | Current Institution: | McKean FCI |
|---|---|---|---|
| Inmate Name: | BOSTON, ROBERT | Housing Unit: | B |
| Report Date: | 12-19-2005 | Living Quarters: | B01-110U |
| Report Time: | 3:04:50 PM | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| MCK | 9/20/2005 8:31:34 PM | ITS0920 | | | ITS Withdrawal | ($2.00) | | $6.40 |
| MCK | 9/19/2005 1:38:57 PM | JV0163 | | | Payroll - TF | $6.00 | | $8.40 |
| MCK | 9/18/2005 8:38:19 AM | ITS0918 | | | ITS Withdrawal | ($2.00) | | $2.40 |
| MCK | 9/14/2005 8:53:29 PM | ITS0914 | | | ITS Withdrawal | ($2.00) | | $4.40 |
| MCK | 9/13/2005 8:05:24 PM | ITS0913 | | | ITS Withdrawal | ($3.00) | | $6.40 |
| MCK | 9/12/2005 7:32:26 AM | 11 | | | Sales | ($11.90) | | $9.40 |
| MCK | 9/10/2005 8:50:49 PM | ITS0910 | | | ITS Withdrawal | ($3.00) | | $21.30 |
| MCK | 9/8/2005 8:30:37 PM | ITS0908 | | | ITS Withdrawal | ($6.00) | | $24.30 |
| MCK | 9/7/2005 9:54:06 PM | ITS0907 | | | ITS Withdrawal | ($3.00) | | $30.30 |
| MCK | 9/6/2005 9:22:16 PM | ITS0906 | | | ITS Withdrawal | ($5.00) | | $33.30 |
| MCK | 9/6/2005 8:17:53 PM | ITS0906 | | | ITS Withdrawal | ($10.00) | | $38.30 |
| MCK | 9/6/2005 5:48:07 PM | 132 | | | Sales | ($125.20) | | $48.30 |
| MCK | 9/6/2005 4:31:38 PM | 33324105 | | | Western Union | $170.00 | | $173.50 |
| MCK | 9/5/2005 9:22:01 PM | ITS0905 | | | ITS Withdrawal | ($2.00) | | $3.50 |
| MCK | 9/3/2005 9:13:31 AM | ITS0903 | | | ITS Withdrawal | ($2.00) | | $5.50 |
| MCK | 9/3/2005 7:43:49 AM | ITS0903 | | | ITS Withdrawal | ($2.00) | | $7.50 |
| MCK | 9/2/2005 9:27:50 AM | 002048 | | | FRP Quarterly Pymt | ($25.00) | | $9.50 |
| MCK | 9/2/2005 8:27:33 AM | JV0155 | | | Payroll - IPP | $4.80 | | $29.70 |
| MCK | 9/2/2005 8:27:33 AM | JV0155 | | | Payroll - IPP | $4.80 | | $34.50 |
| MCK | 8/28/2005 9:07:58 AM | ITS0828 | | | ITS Withdrawal | ($2.00) | | $24.90 |
| MCK | 8/25/2005 9:19:08 PM | ITS0825 | | | ITS Withdrawal | ($3.00) | | $26.90 |
| MCK | 8/25/2005 8:45:57 PM | ITS0825 | | | ITS Withdrawal | ($2.00) | | $29.90 |
| MCK | 8/25/2005 3:13:19 PM | JV0150 | | | Payroll - TF | $10.00 | | $31.90 |
| MCK | 8/20/2005 9:04:30 PM | ITS0820 | | | ITS Withdrawal | ($2.00) | | $21.90 |
| MCK | 8/20/2005 8:39:09 PM | ITS0820 | | | ITS Withdrawal | ($2.00) | | $23.90 |
| MCK | 8/19/2005 5:40:43 AM | 70139401 | | | Lockbox - CD | $25.00 | | $25.90 |
| MCK | 8/15/2005 9:47:07 PM | ITS0815 | | | ITS Withdrawal | ($1.00) | | $0.90 |
| MCK | 8/10/2005 8:27:30 PM | ITS0810 | | | ITS Withdrawal | ($2.00) | | $1.90 |
| MCK | 8/6/2005 9:25:06 AM | ITS0806 | | | ITS Withdrawal | ($2.00) | | $3.90 |
| MCK | 8/5/2005 9:30:45 PM | ITS0805 | | | ITS Withdrawal | ($2.00) | | $5.90 |
| MCK | 8/5/2005 9:45:55 AM | JV0143 | | | Payroll - IPP | $5.04 | | $7.90 |
| MCK | 8/4/2005 8:31:22 PM | ITS0804 | | | ITS Withdrawal | ($2.00) | | $2.86 |
| MCK | 8/3/2005 8:44:09 PM | ITS0803 | | | ITS Withdrawal | ($2.00) | | $4.86 |

| | | | | | |
|---|---|---|---|---|---|
| MCK | 8/2/2005 9:27:47 PM | ITS0802 | ITS Withdrawal | ($3.00) | $6.86 |
| MCK | 8/1/2005 12:13:49 PM | 39 | Sales | ($30.15) | $9.86 |
| MCK | 7/30/2005 10:20:12 AM | ITS0730 | ITS Withdrawal | ($5.00) | $40.01 |
| MCK | 7/30/2005 7:18:35 AM | ITS0730 | ITS Withdrawal | ($3.00) | $45.01 |
| MCK | 7/29/2005 7:58:08 PM | ITS0729 | ITS Withdrawal | ($6.00) | $48.01 |
| MCK | 7/29/2005 4:53:52 PM | ITS0729 | ITS Withdrawal | ($6.00) | $54.01 |
| MCK | 7/29/2005 5:32:43 AM | 70137901 | Lockbox - CD | $60.00 | $60.01 |
| MCK | 7/20/2005 8:07:57 PM | ITS0720 | ITS Withdrawal | ($1.00) | $0.01 |
| MCK | 7/18/2005 8:11:08 AM | 24 | Sales | ($7.95) | $1.01 |
| MCK | 7/17/2005 10:24:16 AM | ITS0717 | ITS Withdrawal | ($2.00) | $8.96 |
| MCK | 7/17/2005 9:09:55 AM | ITS0717 | ITS Withdrawal | ($3.00) | $10.96 |
| MCK | 7/16/2005 6:50:24 PM | ITS0716 | ITS Withdrawal | ($2.00) | $13.96 |
| MCK | 7/15/2005 9:16:32 PM | ITS0715 | ITS Withdrawal | ($2.00) | $15.96 |
| MCK | 7/15/2005 8:27:00 PM | ITS0715 | ITS Withdrawal | ($5.00) | $17.96 |
| MCK | 7/14/2005 9:05:20 PM | ITS0714 | ITS Withdrawal | ($3.00) | $22.96 |
| MCK | 7/14/2005 5:23:09 AM | 70136801 | Lockbox - CD | $25.00 | $25.96 |
| MCK | 7/10/2005 10:20:56 AM | ITS0710 | ITS Withdrawal | ($1.00) | $0.96 |

1 2 3 4

**Total Transactions: 151**

| | | |
|---|---|---|
| **Totals:** | **($54.77)** | **$0.00** |

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| MCK | $0.54 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.54 |
| **Totals:** | **$0.54** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.54** |

# Inmate Statement

🖨 **PRINT**

| Inmate Reg #: | 05505089 | Current Institution: | McKean FCI |
|---|---|---|---|
| Inmate Name: | BOSTON, ROBERT | Housing Unit: | B |
| Report Date: | 12-19-2005 | Living Quarters: | B01-110U |
| Report Time: | 3:05:36 PM | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| MCK | 7/9/2005 8:55:49 AM | ITS0709 | | | ITS Withdrawal | ($2.00) | | $1.96 |
| MCK | 7/9/2005 7:51:57 AM | ITS0709 | | | ITS Withdrawal | ($2.00) | | $3.96 |
| MCK | 7/8/2005 9:14:28 PM | ITS0708 | | | ITS Withdrawal | ($2.00) | | $5.96 |
| MCK | 7/8/2005 9:51:43 AM | JV0133 | | | Payroll - IPP | $7.56 | | $7.96 |
| MCK | 6/16/2005 7:53:21 AM | 587 | | | SPO - Released | | $65.00 | -------- |
| MCK | 6/16/2005 7:53:21 AM | 34 | | | Sales | ($65.00) | | $0.40 |
| MCK | 6/4/2005 7:34:56 AM | ITS0604 | | | ITS Withdrawal | ($2.00) | | $65.40 |
| MCK | 6/3/2005 7:00:08 AM | 002036 | | | FRP Quarterly Pymt | ($25.00) | | $67.40 |
| MCK | 6/3/2005 6:15:12 AM | JV0121 | | | Payroll - IPP | $5.04 | | $92.40 |
| MCK | 5/29/2005 8:15:45 AM | ITS0529 | | | ITS Withdrawal | ($3.00) | | $87.36 |
| MCK | 5/27/2005 5:45:11 AM | 70133601 | | | Lockbox - CD | $25.00 | | $90.36 |
| MCK | 5/23/2005 9:19:24 AM | 587 | | | SPO | | ($65.00) | -------- |
| MCK | 5/16/2005 7:41:00 PM | ITS0516 | | | ITS Withdrawal | ($2.00) | | $65.36 |
| MCK | 5/14/2005 9:41:12 PM | ITS0514 | | | ITS Withdrawal | ($2.00) | | $67.36 |
| MCK | 5/14/2005 10:30:16 AM | ITS0514 | | | ITS Withdrawal | ($2.00) | | $69.36 |
| MCK | 5/12/2005 8:58:07 PM | ITS0512 | | | ITS Withdrawal | ($1.00) | | $71.36 |
| MCK | 5/12/2005 11:21:35 AM | 80 | | | Sales | ($17.10) | | $72.36 |
| MCK | 5/12/2005 11:20:35 AM | 78 | | | Sales | $0.00 | | $89.46 |
| MCK | 5/11/2005 9:22:12 PM | ITS0511 | | | ITS Withdrawal | ($2.00) | | $89.46 |
| MCK | 5/11/2005 5:30:22 AM | 70132401 | | | Lockbox - CD | $70.00 | | $91.46 |
| MCK | 5/10/2005 6:04:37 AM | 70132301 | | | Lockbox - CD | $20.00 | | $21.46 |
| MCK | 5/9/2005 9:24:05 PM | ITS0509 | | | ITS Withdrawal | ($2.00) | | $1.46 |
| MCK | 5/7/2005 10:50:57 AM | ITS0507 | | | ITS Withdrawal | ($6.00) | | $3.46 |
| MCK | 5/7/2005 7:01:27 AM | ITS0507 | | | ITS Withdrawal | ($2.00) | | $9.46 |
| MCK | 5/6/2005 9:45:40 PM | ITS0506 | | | ITS Withdrawal | ($3.00) | | $11.46 |
| MCK | 5/6/2005 7:44:20 AM | JV0108 | | | Payroll - IPP | $13.80 | | $14.46 |
| MCK | 4/29/2005 7:00:18 PM | ITS0429 | | | ITS Withdrawal | ($2.00) | | $0.66 |
| MCK | 4/28/2005 8:40:33 PM | ITS0428 | | | ITS Withdrawal | ($2.00) | | $2.66 |
| MCK | 4/27/2005 5:41:05 PM | ITS0427 | | | ITS Withdrawal | ($2.00) | | $4.66 |
| MCK | 4/27/2005 10:07:10 AM | JV0099 | | | Payroll - TF | $6.00 | | $6.66 |
| MCK | 4/16/2005 9:22:50 AM | ITS0416 | | | ITS Withdrawal | ($2.00) | | $0.66 |
| MCK | 4/16/2005 7:38:03 AM | ITS0416 | | | ITS Withdrawal | ($1.00) | | $2.66 |
| MCK | 4/14/2005 7:45:49 AM | 22 | | | Sales | ($10.15) | | $3.66 |

| | | | | | | |
|---|---|---|---|---|---|---|
| MCK | 4/11/2005 9:16:55 PM | ITS0411 | | ITS Withdrawal | ($3.00) | $13.81 |
| MCK | 4/11/2005 9:18:50 AM | | 1540 | Books | ($38.35) | $16.81 |
| MCK | 4/8/2005 6:32:05 PM | ITS0408 | | ITS Withdrawal | ($6.00) | $55.16 |
| MCK | 4/7/2005 7:37:40 AM | 16 | | Sales | ($91.15) | $61.16 |
| MCK | 4/3/2005 11:43:24 AM | ITS0403 | | ITS Withdrawal | ($3.00) | $152.31 |
| MCK | 4/3/2005 7:42:15 AM | ITS0403 | | ITS Withdrawal | ($5.00) | $155.31 |
| MCK | 4/2/2005 9:34:30 AM | ITS0402 | | ITS Withdrawal | ($8.00) | $160.31 |
| MCK | 4/2/2005 7:48:14 AM | ITS0402 | | ITS Withdrawal | ($6.00) | $168.31 |
| MCK | 3/31/2005 10:13:01 AM | JV0086 | | Payroll - TF | $10.00 | $174.31 |
| MCK | 3/30/2005 6:23:05 PM | ITS0330 | | ITS Withdrawal | ($5.00) | $164.31 |
| MCK | 3/29/2005 5:42:18 PM | ITS0329 | | ITS Withdrawal | ($6.00) | $169.31 |
| MCK | 3/27/2005 11:04:26 AM | ITS0327 | | ITS Withdrawal | ($5.00) | $175.31 |
| MCK | 3/26/2005 11:38:51 AM | ITS0326 | | ITS Withdrawal | ($4.00) | $180.31 |
| MCK | 3/26/2005 10:26:08 AM | ITS0326 | | ITS Withdrawal | ($6.00) | $184.31 |
| MCK | 3/25/2005 5:12:28 PM | ITS0325 | | ITS Withdrawal | ($6.00) | $190.31 |
| MCK | 3/24/2005 5:44:15 PM | ITS0324 | | ITS Withdrawal | ($7.00) | $196.31 |
| MCK | 3/22/2005 5:44:51 AM | 70128801 | | Lockbox - CD | $155.00 | $203.31 |

1 2 3 4

**Total Transactions: 151**

Totals:    ($54.77)    $0.00

## Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| MCK | $0.54 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.54 |
| Totals: | $0.54 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.54 |