UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 05-5397

ROBERT BOSTON,
Appellant

v.

ATTORNEY GENERAL OF THE UNITED STATES;
Warden JAMES SHERMAN

On Appeal From the United States District Court
For the Western District of Pennsylvania
(D.C. Civ. No. 04-cv-00051E)
District Judge: Honorable Sean J. McLaughlin

Submitted Under Third Circuit LAR 34.1(a)
October 18, 2006

Before: Rendell, Ambro and Roth, <u>Circuit Judges</u>

### **JUDGMENT**

This cause came on to be heard on the record from the United States District Court for the Western District of Pennsylvania and was submitted pursuant to Third Circuit LAR 34.1(a). On consideration whereof, it is now here

ORDERED AND ADJUDGED by this court that the judgment of the District Court entered December 2, 2005, be and the same is hereby vacated and this matter remanded to the District Court for further proceedings. All of the above in accordance with the opinion of this Court.

ATTEST:

/s/ Marcia M. Waldron

Clerk

Dated: December 21, 2006

Certified as a true copy and issued in lieu
of a formal mandate on 2/12/07
A True Copy:

Teste:
Clerk, U.S. Court of Appeals for the Third Circuit
Marcia M. Waldron, Clerk