OFFICE OF THE CLERK

## UNITED STATES COURT OF APPEALS

| | | |
|---|---|---|
| Marcia M. Waldron<br>Clerk | FOR THE THIRD CIRCUIT<br>21400 United States Courthouse<br>601 Market Street<br>Philadelphia PA 19106-1790 | Telephone<br>267-299-4938 |

www.ca3.uscourts.gov

February 12, 2007

Mr. Robert V. Barth Jr., Clerk
United States District Court for the Western District of PA
17 South Park Row
Room B-160
Erie, PA  16501

RE: Docket No. 05-5397
    Boston  vs. Atty Gen USA
    D.C. No. 04-cv-00051E

Dear Mr. Barth:

RECEIVED FEB 2 6 2007
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

RECEIVED FEB 2 3 2007
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

Enclosed is a certified copy of the judgment together with copy of the opinion in the above-entitled case(s). The certified judgment is issued in lieu of a formal mandate and is to be treated in all respects as a mandate.

(X)  We return herewith the certified **partial** record
     in the case(s). document #'s 1-17

Kindly acknowledge receipt for same on the enclosed copy of this letter.

Counsel are advised of the issuance of the mandate by copy of this letter.  A copy of the certified judgment is also enclosed showing costs taxed, if any.

Very truly yours,
MARCIA M. WALDRON
Clerk

By: Tonya Y. Wyche
    Case Manager

Enclosure

cc:
    Mr. Robert Boston
    Robert L. Eberhardt, Esq.
    Laura S. Irwin, Esq.

Lizette Martinez
February 21, 2007